UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PANIELA VELASQUEZ-GONZALEZ, | ) | No. SACV 13-716-FMO (AGR) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| ERIC H. HOLDER JR., | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied as moot.

DATED: May 15, 2013

/s/
FERNANDO M. OLGUIN
United States District Judge